UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23028-CIV-ROSENBAUM/SELTZER

ARTHUR GROSS, III,

    Plaintiff,

vs.

ANDREW GUZMAN, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING DEFENDANTS TO CERTIFY CURRENT CONTACT INFORMATION

    This cause is before the Court upon Defendants' Counsel's Motion to Withdraw [D.E. 138]. On December 18, 2012, Defendants' Counsel, John H. Faro, Esq., petitioned the Court to withdraw as counsel for Defendants. Faro bases his request on the fact that he was recently diagnosed with a serious health issue and he is uncertain that he will be able to fulfill his duties during treatment. D.E. 138. Faro also reveals that he attempted to discuss this issue with his clients but has been unable to do so. *Id.* at 2.

    The Court certainly sympathizes with Attorney Faro and wishes him well. However, given Defendants' history in this case and the fact that Defendants apparently are unaware of their counsel's request, the Court must require that Defendants—either on their own or through counsel—certify for the Court their current contact information, including addresses, phone numbers, and email addresses (if available), before the Court can grant counsel's Motion to Withdraw. Accordingly, the Court will defer ruling on counsel's motion until such certification is made.

    The Court emphasizes that counsel's withdrawal will not, by itself, justify extending any

deadlines set forth in this case.  **Defendants' counsel must provide this Order to his clients and certify to the Court when and how he has done so.**

    **DONE and ORDERED** at Fort Lauderdale, Florida, this 19th day of December 2012.

                                             ROBIN S. ROSENBAUM
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Arthur Gross, III, *pro se*
12 Medici Aisle
Irvine, CA 92606