UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23028-CIV-ROSENBAUM/SELTZER

ARTHUR GROSS, III,

    Plaintiff,

vs.

ANDREW GUZMAN, *et al.*,

    Defendants.

_____/

**ORDER**

    This cause is before the Court upon a review of the record. On December 6, 2012, the Court amended its prior Scheduling Order and establish new deadlines for this case. Included in that Order was a deadline to complete mediation by February 8, 2013, and to file a joint pretrial stipulation by March 4, 2013. To date, the parties have not filed either document.

    On December 18, 2012, counsel for individual Defendants Andrew Guzman, Rick Guzman, Mayra Guzman, Andrew Joakimsen, and corporate Defendants Triton Marketing & Advertising Group, Inc.; Made By God Foundation, Inc.; Made By God Foundation, LLC; MBG Foundation, Inc.; MBG Apparel, Inc.; domain name www.Madebygod.com; domain name www.Madebygod.org; and domain name www.Madebygod.net, filed a motion requesting to withdraw as counsel for his clients in this matter. D.E. 138. The Court required Defendants to certify their current contact information, including addresses and telephone numbers, before the Court would grant counsel's motion to withdraw. D.E. 139.

    On January 18, 2013, counsel filed his own affidavit indicating that he advised his clients of the Court's orders. Counsel also provided an undated and unsigned hand-written note, purportedly

from Defendant Andrew Guzman, providing his phone number, email address and physical address (as well as a telephone number for an Alex Guzman, who does not appear to be a party in this action). The physical address provided, however, is for the same UPS Store mailbox that Defendants had previously certified belongs to several of the corporate Defendants, but is not where any of the individual Defendants receive mail. *See* D.E. 42-1 and D.E. 42-2. Accordingly, this note is insufficient to establish Andrew Guzman's contact information. And beyond this hand-written note, no Defendant has provided a certification of his or her current contact information on the record.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The parties shall file their joint pretrial stipulation on or before **March 19, 2013**;

2. On or before **March 19, 2013**, the parties shall file their mediation report from the court-ordered mediation that was due to be completed by February 8, 2013.

3. Defendants' counsel shall show cause in writing, on or before **March 19, 2013**, why his motion to withdraw should not be denied because his clients have failed to certify their current contact information to the Court.

4. Failure by the parties to timely respond to this Order may result in sanctions being imposed on the offending party or parties. Sanctions may include entry of default or dismissal of the action.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 12th day of March 2013.

ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Arthur Gross, III, *pro se*
12 Medici Aisle
Irvine, CA 92606